MEMORANDUM OPINION









 

 



                                                                                                                                                            

                                                                                                                       

 

 

 

MEMORANDUM OPINION

 

No. 04-08-00292-CV

 

Frank HERRERA
and Helen Herrera,

Appellants

 

v.

 

SOUTH SIDE CREDIT
UNION and Roy Baker Motors,

Appellees

 

 

From the 150th Judicial
District Court, Bexar County, Texas

Trial Court No. 2007-CI-11827

Honorable Janet P.
Littlejohn, Judge Presiding

 

PER CURIAM 

 

Sitting:            Alma L. López,
Chief Justice

                        Rebecca Simmons, Justice

                        Steven C. Hilbig, Justice

 

Delivered and
Filed:   December 23, 2008

 

DISMISSED

 

Appellant’s brief was originally due to be filed by August 1, 2008.  No
brief has been filed.  On November 20, 2008, we ordered that appellant show
cause in writing within fifteen days why this appeal should not be dismissed
for want of prosecution.  See Tex.
R. App. P. 38.8(a).  We received no response.  The appeal is, therefore,
dismissed for want of prosecution. See Tex.
R. App. P. 38.8(a)(1), 42.3(b).

PER CURIAM